■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLANDO ABREU, Appellant. [847 NYS2d 893]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered on or about September 25, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Mazzarelli, Andrias, Buckley and Sweeny, JJ.